■      In the Matter of the Claim of PETER A. GA BAUER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — STALEY, JR., J.

1044

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.